USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

                      Plaintiff,

-against-

COHEN, WEISS AND SIMON LLP, DAVID R. HOCK, JANI K. RACHELSON, and MARCELLE J. HENRY,

                      Defendants.

------------------------------------------------------------- X

19-CV-7297 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 13, 2019, the parties appeared for a conference with this Court;

IT IS HEREBY ORDERED THAT:

1. Defendants' opposition to Plaintiff's motion to dismiss Defendants' counterclaims is due by **December 20, 2019**. Defendants may either amend the counterclaims or file an opposition to Plaintiff's motion to dismiss (but not both). Plaintiff's reply brief is due by **January 10, 2020.**

2. Plaintiff's motion to amend its complaint is due by **December 20, 2019**. Defendants' response is due by **January 17, 2020**. Plaintiff's reply is due by **January 24, 2020**.

3. A case management plan will be entered separately.

**SO ORDERED.**

Date: December 13, 2019
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**