

Aronberg Goldgehn Davis & Garmisa
330 North Wabash Avenue
Suite 1700
Chicago Illinois 60611-3586
TEL: 312-828-9600
FAX: 312-828-9635
www.agdglaw.com

Christopher J. Bannon
DIRECT: 312-755-3175
DIRECT FAX:  312-222-6375
cbannon@agdglaw.com

OUR FILE NUMBER: 032028.055901

January 22, 2020

**Via CM/ECF**

Hon. Valerie Caproni
United States District Judge
U.S. District Court for the S.D.N.Y.
40 Foley Square, Room 240
New York, NY 10007

      Re:   *Travelers Casualty and Surety Company of America v. Cohen, Weiss and Simon LLP, et. al.*, Case No. 19-cv-7297 – Notification of Settlement

Dear Judge Caproni:

We represent Plaintiff Travelers Casualty and Surety Company of America ("Travelers") in the above-referenced matter. Following up on my communication with chambers yesterday, Travelers and Defendants Cohen, Weiss and Simon LLP, Jani K. Rachelson, and Marcelle J. Henry have reached a settlement of their disputes. The parties intend to file a Rule 41 Stipulation to dismiss the Complaint and Counterclaims within fourteen (14) days, upon completion of the settlement.

Please also allow this to confirm that, in light of the settlement, the Court no longer needs to rule on Travelers' Motion to Dismiss Counterclaims (ECF No. 49).

Please let us know if Your Honor has any questions or requires any additional information at this time.

Very truly yours,

*Christopher J. Bannon*

Christopher J. Bannon

CJB:ga

cc:    Counsel of record (via ECF)

4833-1506-7314, v. 2